IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DALTON D. CHANDLER, JR., | ) | Case No. 13-00771-TOM-7 |
| | ) | |
| Debtor(s). | ) | |

**MOTION FOR AUTHORITY TO SELL ASSETS
OUTSIDE THE ORDINARY COURSE OF BUSINESS**

COMES NOW Thomas E. Reynolds, Trustee of the bankruptcy estate of the Debtor(s) in the above-styled case, and gives notice pursuant to Bankruptcy Rules 2002 and 6004 of intent to sell the property described below pursuant to 11 U.S.C. § 363 (b), and pursuant to Bankruptcy Rule 6004(a), and moves this Honorable Court for an Order authorizing him to sell said property and as grounds for said motion, states as follows:

1.  On February 22, 2013, the undersigned was appointed Trustee in the above-styled case, is duly qualified and continues to serve in said position.

2.  The property to be sold consists of a 2006 Ford Expedition (the "Vehicle").

3.  The Trustee has entered into an agreement with the Debtor(s) to sell all of the Trustee's excess value in the Vehicle over any allowable exemption available to the Debtor(s) pursuant to the provisions of 11 U.S.C. § 363(b) for a purchase price of $3,000 cash payable in full within 14 days of entry of an Order approving this sale.

4.  The sale by the Trustee of the Property shall be "as is" and without warranty, express or implied.

5. The Trustee proposes to sell only the right, title and interest of the bankruptcy estate in the Vehicle pursuant to 11 U.S.C. § 363(b) and subject to any existing liens which are assumed by the purchaser as part of the sale.

WHEREFORE, the Trustee moves the Court as follows:

A. To order and direct that service that notice be given and certified to all creditors and indenture trustees pursuant to Bankruptcy Rule 2002 (a)(2).

B. As required by Bankruptcy Rules 6004(c) and 2002(a)(2) and (c)(1), to order the date, time and place of hearing this motion, and the time within which objections to the proposed sale may be filed and served on the Trustee.

C. On such hearing, to approve and confirm the proposed sale and to authorize the Trustee to sell and convey the Vehicle to the purchaser on the terms and conditions and for the consideration proposed; and, pursuant to Bankruptcy Rule 6004(f)(2), to execute any instrument necessary or appropriate, or as ordered by the Court, to consummate the proposed sale and transfer the Vehicle to the purchaser.

*/s/ Thomas E. Reynolds*
Thomas E. Reynolds
Trustee of the Bankruptcy Estate of
Dalton D. Chandler, Jr.

**OF COUNSEL:**
HASKELL SLAUGHTER, YOUNG & REDIKER, LLC
2001 Park Place, Suite 1400
Birmingham, Alabama 35203
(205) 251-1000

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing as follows:

Dalton D. Chandler, Jr.
8399 Old Highway 31
Morris, AL 35116

Rodrick Barge, Esq.
(via e-mail: rodrick@freshstartal.com)

DONE this the 23rd day of April, 2013.

                                              */s/ Thomas E. Reynolds*
                                                   Of Counsel

4778673.1